## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:19-CR-00286-ALM-AGD** |
| | § | |
| **DAVID LEE SHAW (1)** | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 107 (sealed).

### PROCEDURAL HISTORY

On June 29, 2021, United States District Judge Amos L. Mazzant sentenced defendant David Lee Shaw to 46 months of imprisonment followed by three years of supervised release. Dkt. 90 at 2–3. Shaw's term of supervised release commenced on March 28, 2025. Dkt. 107 at 1.

In March 2026, a probation officer petitioned the court for a warrant, alleging that Shaw had violated two conditions of his supervised release. Dkt. 107. Specifically, the petition alleged that Shaw had violated conditions that required him not to commit another federal, state, or local crime. *Id.* at 1–2. In support of those allegations, the petition asserted that, on January 23, 2026, Shaw was convicted of credit-card abuse and theft. *Id.*

A final revocation hearing was held before me on May 11, 2026. Shaw pleaded true to both allegations. Minute Entry for May 11, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 118. The government requested a sentence of 21 months of imprisonment followed by 15 months of supervised release, which is within the federal sentencing policy statements; the defendant agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Shaw's supervised release be revoked based on the allegations in the petition, Dkt. 107; (2) Shaw be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 21 months, to run consecutively to any other term of imprisonment, with 15 months of supervised release to follow, all prior conditions imposed; and (3) Shaw be placed at FCI Fort Worth in Fort Worth, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 13th day of May, 2026.

_____
Bill Davis
United States Magistrate Judge